**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 95-cr-00160-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RONALD KAMRON THRASHER,

      Defendant.

## MINUTE ORDER[1]

On Wednesday, **September 9, 2009**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in the above-captioned matter. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: May 26, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.