IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 95-cr-00160-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**RONALD K. THRASHER**

        Defendant.

## MOTION TO DETERMINE COMPETENCY OF MR. THRASHER

Mr. Thrasher through his court appointed attorney Sean M. McDermott moves this Court for an order to determine the competency of Mr. Thrasher. As grounds thereof counsel states the following:

1. Mr. Thrasher is currently on medication as he has a history of mental illness. At the time that Mr. Thrasher, entered a plea in this 1995 case, Mr. Thrasher was not on any medication and was not receiving any treatment.

2. Mr. Thrasher has a long history of mental illness. He still suffers from a mental illness. This lengthy history and on going problem interferes with his ability to "assist properly in his defense" See 18 U.S.C. § 1841. Due to privilege concerns, counsel is not able to elaborate with respect to these concerns.

3. With that said a defendant must "ha[ve] sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding –and

whether he has a rational as well as factual understanding of the proceedings against him." *Dusky v. United States,* 362 U.S. 402 (1960).

4. For these reasons, and for the reasons set forth in Mr. Thrasher's Motion to Determine Competency in case 09-CR-00357, Mr. Thrasher through his counsel requests that these proceedings be suspended until his competency has been determined.

Wherefore, Mr. Thrasher requests this honorable Court to permit a doctor to evaluate Mr. Thrasher and to hold a competency hearing.

DATED, this 8th day of October 2009.

> s/ Sean M. McDermott
> SEAN M. MCDERMOTT
> Attorney for Defendant Ronald K. Thrasher
> McDermott, Hansen, & McLaughlin, LLP
> 1890 Gaylord Street
> Denver, CO 80206
> Phone 303-399-6037
> Fax 303-322-3423

## CERTIFICATE OF SERVICE

    I hereby certify that I have this 8th day of October, 2009, electronically filed the foregoing **MOTION TO DETERMINE COMPETENCY OF MR. THRASHER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till
Guy.Till@usdoj.gov

                /s/ Sean McDermott
                Sean McDermott